SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
JESUS GARCIA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS GARCIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PERFORMANCE TRANSMISSION INC.; MUSCLEWOOD PROPERTY INVESTMENTS, LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 5:24-cv-02627-KK (DTBx)**<br><br>PLAINTIFF'S NOTICE OF INTENT TO PROCEED WITH ACTION |

　　　JESUS GARCIA ("Plaintiff") hereby files Plaintiff's Notice of Intent to Proceed in response to this Court's Ordering Plaintiff to File Notice of Intent to Proceed or Voluntary Dismissal and respectfully state as follows:

　　　Plaintiff intends to proceed with this action in federal court with the federal cause of action.

Dated: December 26, 2024　　　　　　　　**SO. CAL. EQUAL ACCESS GROUP**


　　　　　　　　　　　　　　　　By:　　_/s/ Jason J. Kim_____
　　　　　　　　　　　　　　　　　　　Jason J. Kim, Esq.
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff